■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDIMER ROSERO, Appellant.—Judgment of the Supreme Court, New York County (Frederic Berman, J.), rendered June 19, 1986, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the first degree and criminal sale of a controlled substance in the first degree and sentencing him to concurrent terms of 17 years to life, unanimously affirmed.

Defendant was convicted for participating in a cocaine distribution ring. The only substantive points raised by defendant relate to the status of the prosecutor as a lawyer who had not been admitted to the Bar in New York State. These issues were resolved when we affirmed the judgment as to codefendants Munoz, Sanchez-Medina, and Linares *(see, People*

*v Munoz*, 153 AD2d 281, *lv denied with lv to renew* 75 NY2d 922; *People v Sanchez-Medina*, 153 AD2d 281, *lv denied with lv to renew* 75 NY2d 924; *People v Linares*, 158 AD2d 296, *lv denied* 76 NY2d 791). In the present appeal, defendant presents no argument which distinguishes this appeal from those previously decided. Concur—Sullivan, J. P., Ross, Kassal, Smith and Rubin, JJ.